IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANUEL JONES, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) 8:19CV288 |
| JOHN CARTER, sued in their individual and in their official capacities, TIMOTHY CARMICHAEL, sued in their individual and in their official capacities, JEFFREY HOWARD, sued in their individual and in their official capacities, MICHAEL D. GOOCH, sued in their individual and in their official capacities, DENNIS R. KEEFE, sued in their individual and in their official capacities, ROBERT HAYES, sued in their individual and in their official capacities, COUNTY OF LANCASTER COUNTY, NEBRASKA, sued in their individual and in their official capacities, CITY OF LINCOLN, sued in their individual and in their official capacities, NEBRASKA POLICE DEPARTMENT, sued in their individual and in their official capacities, SHERIFF OFFICER, Unknown, sued in their individual and in their official capacities, COUNTY OF LANCASTER COUNTY SHERIFF DEPARTMENT, sued in their individual and in their official capacities, CHIFE OF POLICE DEPARTMENT, sued in their individual and in their official capacities, and PUBLIC DEFENDER OFFICE, sued in their individual and in their official capacities, | )<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under [28 U.S.C. § 1915(e)(2)](). The court will conduct this initial review in its normal course of business.

DATED this 2nd day of July, 2019.

        BY THE COURT:

        s/ *Richard G. Kopf*
        Senior United States District Judge